# United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS
219 S. Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Date: __05/07/2008__

District Court Case Number: __08 C 2424__

BK Case Number: __07 B 11984__

Case Name: __Betty J Dumas__

Notice of Appeal Filed: __03/20/2008__

Appellant: __Betty J Dumas__

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

- [ ] Transmittal Letter and Civil Cover Sheet
- [ ] Designation and Statement of Issues
- [ ] Transcript of Proceeding
- [ ] In Forma Pauperis
- [ ] Notice of Appeal
- [ ] Copy of Documents Designated
- [ ] Exhibits
- [ ] Expedited Notice of Appeal

Additional Items Included

- [x] Amended Designation of Record and Issues on Appeal

- [ ] Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

- [ ]

**FILED**
MAY - 7 2008
May 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Previous D C Judge: Dow, Magistrate Judge Cole      Case Number: 08 C 2424

By Deputy Clerk _____

Revised 03/20/08

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 0 1 2008

KENNETH S. GARDNER, CLERK
PUBLIC SERVICE COUNTER

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

IN RE:               )    ADVERSARY
                     )    #07A00380
BETTY J. DUMAS,      )    #07A00620
                     )    07 B 11984
     Debtor.         )
                     )    Judge Jack B. Schmetterer
                     )    Chapter 7

### AMENDED DEBTOR'S DESIGNATION OF RECORD AND ISSUES ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Betty J. Dumas (the "Debtor"), designates the following items to be included in the record on appeal:

### DESIGNATION OF THE RECORD

(7.) Adversary Case #07A00380, September 21, 2007 order (Docket 3)

(8.) HEARING TRANSCRIPT 11-14-2007 (Docket 7) #07A00380

(9.) ORDER AT HEARING on 11-14-2007 Case 07A00380 (Docket 8)

(10.) Adversary Case #07A00380, 12-6-07 Resigned order (Docket 10)

(11.) Adversary Case #07A00380, Closed order of 3/25/08 (Docket 20)

### AMENDED ADDITIONAL STATEMENT OF ISSUE TO BE PRESENTED

(3.) The Adversary Case against Sabra Group never was dismissed until under Judge Swartz and continued the Stay thereunder.

(4.) The motion of Sabra Group to remand was moot and untimely.

Respectfully, Betty J. Dumas
by BETTY J. Dumas

## CERTIFICATION OF SERVICE

I BERRY J. DUMAS, debtor, in the entitled action declare under 28 U.S.C. section 1746 of penalty of perjury under the law of the United States that the foregoing documentation is ture and correct, and caused it to be served upon parties of record by personal delivering to their office AMENDED messengered the foregoing <s>DEBTOR'S</s> DESIGNATION OF RECORD AND ISSUES ON APPEAL to the following: This 1st DAY OF MAY 2008.

(1) Harold L. Moskowitz
55 West Monroe Street
Suite 1100
Chicago, IL 60603
*Counsel to Sabre Group, L.L.C.*

(2) Gregg Szilagyi
Tailwind Services LLC
One South Wacker Drive
Suite 800
Chicago, IL 60606
*Chapter 7 Trustee*

(3) Matthew M. Wawrzyn
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Il. 60601

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Betty J. Dumas, | ) | 07 B 08311 |
| Debtor(s). | ) | |
| BETTY J. DUMAS, | ) | |
| Plaintiff(s), | ) | |
| v. | ) | 07 A 00380 |
| Sabre Group | ) | |
| Defendant(s). | ) | |
| | ) | Honorable John D. Schwartz |

## ORDER

IT IS HEREBY ORDERED that a status hearing will be held in the above referenced proceeding on October 24, 2007 at 10:00 a.m. in Courtroom 719 of the Everett McKinley Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois. **Betty J. Dumas/plaintiff, is directed to serve this order on all parties in interest within 10 days and file a certificate of the mailing of same with the Clerk of Court.**

Date: September 11, 2007

ENTERED:

_____
John D. Schwartz
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | John D. Schwartz | Hearing Date | November 14, 2007 |
| Bankruptcy Case No. | 07 B 08311 | Adversary No. | 07 A 00380 |
| Title of Case | Betty J. Dumas    Dumas v. Sabre Group | | |

Brief Statement of Motion: Status on Adversary Complaint

Names and Addresses of moving counsel:

Representing:

## ORDER

This matter having come before the Court on November 14, 2007, and the Court having continued status hearing for December 20, 2007 at 10:00 a.m., in courtroom 719, 219 South Dearborn Street, Chicago, Illinois.

IT IS HEREBY ORDERED that Heather A. Ottenfeld, the attorney of record for Sabre Group LLC is ordered to appear. The failure by counsel to appear may result in Judgment being entered against the defendant without further notice.

Enter: *[signature]*

Honorable John D. Schwartz

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| BETTY J. DUMAS | ) Case No. 07 B 08311 |
| | ) |
| DEBTOR | ) CHAPTER 7 |
| | ) |
| BETTY J. DUMAS | ) ADV NO. 07 A 00380 |
| PLAINTIFF | ) |
| vs | ) |
| SABRE GROUP | |
| DEFENDANT | |

### REASSIGNMENT ORDER

Based on information that the above-captioned adversary case was assigned to Bankruptcy Judge John D Schwartz: The adversary 07 A 00380 is being reassigned for consolidation at the discretion of Judge Schmetterer with adversary proceeding 07 A 00620.

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned adversary case proceedings to Bankruptcy Judge Jack B. Schmetterer in accordance with the Rules of the United States Bankruptcy Court for the Northern District of Illinois and pertinent general orders.

ENTERED:

_Carol A. Doyle_
CAROL A. DOYLE
Chief Bankruptcy Judge

Date: December 6, 2007

NoFeeRequired, CLOSED

# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
### Adversary Proceeding #: 07-00380

*Assigned to:* Honorable Judge Jack B. Schmetterer
*Related BK Case:* 07-08311
*Related BK Title:* Betty J Dumas
*Related BK Chapter:* 7
*Demand:* $13000
*Nature[s] of Suit:* 66 Dischargeability - 523(a)(1),(14),(14A) priority tax claims

*Date Filed:* 05/07/07
*Date Terminated:* 03/25/08
*Date :* 05/07/07

**Plaintiff**
-----------------------
**Betty J Dumas**
SSN: xxx-xx-9538

represented by **Betty J Dumas**
PRO SE

V.

**Defendant**
-----------------------
**Sabre Group**

represented by **Harold L Moskowitz**
Law Offices of Harold Moskowitz
55 West Monroe Street
Suite 1100
Chicago, IL 60603
312 346-6610
Fax : 312 422-8001
Email: hlmatty@aol.com

| Filing Date | # | Docket Text |
|---|---|---|
| 05/07/2007 | 1 | (11 (Recovery of money/property - 542 turnover of property)): Notice of Removal Fee Not Required. (Gutierrez, Evelyn) (Entered: 05/07/2007) |
| 05/07/2007 | 2 | Adversary Proceeding Cover Sheet Filed by Betty J Dumas . (Gutierrez, Evelyn) (Entered: 05/07/2007) |
| 09/11/2007 | 3 | Order Scheduling (RE: 1 Notice of Removal). Status hearing to be held on 10/24/2007 at 10:00 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. Signed on 9/11/2007 (Gomez, Denise) |

1 pg

| | | |
|---|---|---|
| | | (Entered: 09/13/2007) |
| 09/11/2007 | 4 | Certificate of Service (RE: 3 Order Scheduling). (Gomez, Denise) Additional attachment(s) added on 9/17/2007 (Sims, Mildred). Modified on 9/17/2007 to attach corrected PDF(Sims, Mildred). (Entered: 09/13/2007) |
| 09/17/2007 | 5 | CORRECTIVE ENTRY to attach corrected PDF (RE: 4 Certificate of Service). (Sims, Mildred) (Entered: 09/17/2007) |
| 10/29/2007 | 6 | Hearing Continued (RE: 3 Order Scheduling). Status hearing to be held on 11/14/2007 at 10:00 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Green, Josephine) (Entered: 10/29/2007) |
| 11/14/2007 | 7 | Hearing Continued (RE: 3 Order Scheduling). Status hearing to be held on 12/20/2007 at 10:00 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Green, Josephine) (Entered: 11/14/2007) |
| 11/14/2007 | 8 | Order that Heather A. Ottenfeld, the attorney of record for Sabre Group LLC is ordered to appear. The failure by counsel to appear may result in Judgment being entered against the defendant without further notice. (RE: 1 Notice of Removal). Signed on 11/14/2007 (Gomez, Denise) (Entered: 11/16/2007) |
| 11/15/2007 | 9 | Certificate of Service (RE: 8 Order (Generic), Order (Generic)). (Gomez, Denise) (Entered: 11/16/2007) |
| 12/06/2007 | 10 | Order Case Reassigned. Judge Jack B. Schmetterer added to case. Involvement of Judge John D. Schwartz terminated . Signed on 12/6/2007 (Gomez, Denise) (Entered: 12/06/2007) |
| 12/06/2007 | 11 | Certificate of Service (RE: 10 Order Judge Reassignment). (Gomez, Denise) (Entered: 12/06/2007) |
| 12/12/2007 | 12 | Hearing Stricken case transferred to Judge Schmetterer (RE: [7] Hearing (Adv Other) Continued). (Green, Josephine) (Entered: 12/12/2007) |
| 12/20/2007 | 13 | Response to Filed by David A Agay on behalf of Betty J Dumas (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Agay, David) (Entered: 12/20/2007) |
| 12/20/2007 | 14 | Notice of Motion and Motion to Dismiss Adversary Proceeding, Notice of Motion and Motion for Remand Filed by Harold L Moskowitz on behalf of Sabre Group. Hearing scheduled for |

| | | |
|---|---|---|
| | | 12/21/2007 at 11:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit) (Moskowitz, Harold) (Entered: 12/20/2007) |
| 03/07/2008 | 15 | Memorandum Opinion On Motion Of Sabre Group LLC To Modify Stay And Remand Removed Tax Proceeding. (Marola, Rosalie) (Entered: 03/10/2008) |
| 03/07/2008 | 16 | Certificate of Service (RE: 15 Memorandum Opinion). (Marola, Rosalie) (Entered: 03/10/2008) |
| 03/10/2008 | 17 | Order Granting Motion For Remand (Related Doc # 14). Transmission Due by 3/25/2008. Signed on 3/10/2008. (Rodarte, Aida) (Entered: 03/12/2008) |
| 03/11/2008 | 18 | Certificate of Service (RE: 17 Order on Motion For Remand). (Rodarte, Aida) (Entered: 03/12/2008) |
| 03/25/2008 | 19 | Adversary Case 07-380 Closed . (Gomez, Denise) (Entered: 03/25/2008) |
| 03/25/2008 | 20 | Transmittal Letter (Re: #17). (Gomez, Denise) (Entered: 03/25/2008) |