## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

|   |   |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:08–cv–02424 |
|   | Honorable Robert M. Dow Jr. |
| Defendant. | |

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

MINUTE entry before Judge Honorable Robert M. Dow, Jr:Appellant given to and including 6/12/08 to file opening brief; Appellee's response due by 7/14/08; Appellant's reply due by 7/28/08. Ruling on appeal will be by mail.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.