CH

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

BETTY J. DUMAS,  ) Case No. 08cv02424
 )
  Appellant, ) Judge Dow
 ) Bankruptcy Appeal
v. )
 )
 )
SABRE GROUP, L.L.C., )
 )
  Appellee. ) Adversary No. 07 A 00380
 ) Adversary No. 07 A 00620
IN RE: )
 )
BETTY J. DUMAS, )  07 B 11984
 )
  Debtor. ) Judge Jack B. Schmetterer
 ) Chapter 7

FILED MAY 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

May 23 2008

MOTION TO Extend TIME In Which To
FILE SUPPLEMENT APPEAL BRIEF OF DUMAS
PENDING THE MOTION FOR WITHDRAWAL OF
COUNSEL OF KIRKLAND & ELLIS LLP

Now comes Debtor with their motion to supplement the record and Appeal brief, pending forth coming motion by Counsel Kirkland & Ellis to withdraw and states As follows:

(1) On May 14, 2008, counsel of debtor was told and Email to not file appeal brief and to submit request to extend the time to file for 30 days to amend record and Appeal brief. (copy attached as Ex "A")

(2.) Counsel for Debtor "Dumas" on or about December 21, 2007, represented debtor in their motion in opposition to adversary motion to remand, was heard before Judge Schmetterer, in which, debtor counsel failed to address the merits or attacked its transcription in record of the most important hearing of the appeal.

(3.) On May 22, 2008, Kirkland & Ellis LLP was given notion and discuss were made for them to submit their motion to withdraw because of inaffective counsel

Wherefore Debtor Betty J. Dumas, request this court to Extend the time for 30 day to file Supplement record and brief. Respectfully Betty J. Dumas

BETTY J. DUMAS




Print                                                                                 ✕ Close window

**DRAFT OPENING BRIEF DUE FILING TODAY.**
From: **JEROME CASIMIR** (casimirjerome@hotmail.com)
Sent: Wed 5/14/08 3:36 PM
To: Matthew M. Wawrzyn (mwawrzyn@kirkland.com)

MAY 14, 2008
Kirkland & Ellis LLP

Dear Mr. Matt Wawryzn, Attorney at Law

I received you email and were unable to reach you Monday to discuss the brief, However it is the intend of Betty to include within the argument of the brief the below issue, to preserve her argument on appeal, that there was never two (2) 60 day extension pursuant to the adversary case as to the Sabre Group, arguing that the 1st Stay of Schwartz was never lifted, and Sabre response/motion to lift stay was not timely and moot (Docket N. 8 (11/14/2007 Order),).

Secondly, Betty has problem within the State Housing Court, issues that are related to the Sabre Group, due their motioning to become a appointed receiver, as we are required to focus our attention on the orders in that housing court to clean and Stay enforcement of a receiver.

Your attention is requested in asking the court to extend the time in which to file our brief, and do not file the draft opening brief as tender us Email, as we did not have enough time to review it until now and we need time to include the above argument and transcript of 11/14/2007.

Sorry we had to call Jessica and Mr. Agay, because you were out of town and it was an emergency, as you were intending to have the draft brief filed today.

Respectfully

/s/Betty J Dumas

/s/Jerome J Casimir

---

Stay in touch when you're away with Windows Live Messenger. IM anytime you're online.



Windows Live™

Print                                                                                                                    ✕ Close window

**(No Subject)**
From: **JEROME CASIMIR** (casimirjerome@hotmail.com)
Sent: Thu 5/22/08 10:29 AM
To: Matthew M. Wawrzyn (mwawrzyn@kirkland.com)

MAY 22, 2008
Kirkland & Ellis LLP

Dear Mr. Matt Wawryzn, Attorney at Law

The matter in appeal of Betty bankruptcy she intend a amendment of the brief, within the argument to include the below issue, to preserve her argument on appeal, that there was never two (2) 60 day extension pursuant to the adversary case as to the Sabre Group, arguing that the 1st Stay of Schwartz was never lifted, and Sabre response/motion to lift stay was not timely and moot (Docket N. 8 (11/14/2007 Order),).

It was discuss that you will withdraw from the bankruptcy appeal, as you did not believe the above argument should be made and we disagree and will seek to amend the appeal brief to include that argument.

Secondly, Betty has problem within the State Housing Court, issues that are related to the Sabre Group, due their motioning to become a appointed receiver, as we are required to focus our attention on the orders in that housing court to clean and Stay enforcement of a receiver and you indicated you will not represent us in housing court, but will continue to represent us in the Tax Deed Petition of the Sabre Group.

Your attention is requested in asking the court to extend the time in which to file our amended brief, and submit your motion to withdraw so that we may amend the brief as Betty intend to move the court for appointment of new counsel.

Respectfully

/s/Betty J Dumas

/s/Jerome J Casimir

---

Give to a good cause with every e-mail. Join the i'm Initiative from Microsoft.

## CERTIFICATE OF SERVICE

BETTY J. DUMAS, certify that the motion was served upon the named parties below at the address indicated by U.S. mail, postage pre-paid in envelopes before 6pm

Matthew M. Wawrzyn, Esq.
David A. Agay, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Counsel for Debtor

Harold L Moskowitz, Esq.
Law Offices of Harold Moskowitz
55 West Monroe Street
Suite 1100
Chicago, IL 60603
Counsel for Sabre Group, LLC

Under 7 U.S. Code §1427 under penalty of perjury I certify the above service was made.

Respectfully

BETTY J. DUMAS, Pro se
3615 S. CALUMET AV.
Chicago, IL. 60653-1104

Betty J. Dumas