IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

BETTY J. DUMAS,

    Appellant,

v.

SABRE GROUP, L.L.C.,

    Appellee.

IN RE:

BETTY J. DUMAS,

    Debtor.

)  Case No. # 08 cv 02424
)  Judge Dow
)  Bankruptcy Appeal
)  Return Date
)  May 28, 2008
)
)  Adversary No. # 07A 00380
)  Adversary No. # 07A 00620
)
)  07 B 11984
)
)  Judge Jack B. Schmetterer
)  Chapter 7

FILED MAY 23 2008 — MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

SEE ATTACHED SERVICE LIST.

## NOTICE OF MOTION

Please take Notice, that on ~~Thursday~~ WENSDAY May 28th 2008 at 9:15 AM, or soon thereafter as counsel maybe heard, I shall appear before the Honorable Judge Dow, in the U.S. Courthouse, 219 Dearborn Street, Chicago, IL. and shall then and there present the following: MOTION TO EXTEND TIME IN WHICH TO FILE SUPPLEMENT APPEAL BRIEF OF DUMAS PENDING THE MOTION FOR WITHDRAWAL OF COUNSEL OF KIRKLAND & ELLIS LLP A copy of which is hereby served upon you

Respectfully, Betty J. Dumas
BETTY J. DUMAS