# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| BETTY J. DUMAS, | |
|     Appellant, | |
| | 08-CV-2424 |
| v. | Honorable Robert M. Dow |
| SABRE GROUP, L.L.C., | |
|     Appellee. | |
| IN RE: | |
|     BETTY J. DUMAS, | 07 B 11984 |
| | 07 A 00385 |
| | 07 A 00620 |
|     Debtor. | Judge Jack B. Schmetterer |
| | Chapter 7 |

## MOTION TO WITHDRAW AS COUNSEL

Matthew M. Wawrzyn, of Kirkland & Ellis LLP, respectfully moves to withdraw as counsel for Appellant Betty J. Dumas pursuant to Dumas's request. Illinois Rule of Professional Conduct 1.16(a)(4) requires a lawyer to withdraw from representation if the client discharges him. Dumas has discharged Wawrzyn, and she requested that Wawrzyn withdraw as counsel in this bankruptcy appeal. Accordingly, Wawrzyn respectfully requests that the Court enter an

order permitting Wawrzyn to withdraw as counsel for Betty J. Dumas in the pending bankruptcy appeal.

Dated:  May 27, 2008

                                       Respectfully submitted,

                                       BETTY J. DUMAS

                                        s/Matthew M. Wawrzyn
                                       By:     One of her attorneys

                                       David A. Agay
                                       Matthew M. Wawrzyn
                                       KIRKLAND & ELLIS LLP
                                       200 East Randolph Drive
                                       Chicago, IL  60601

                                       *Attorneys for Betty J. Dumas*

3

**CERTIFICATE OF SERVICE**

  I, Matt Wawrzyn, an attorney, certify that on May 27, 2008, I caused to be messengered or e-mailed the foregoing MOTION TO WITHDRAW AS COUNSEL to the following:

Betty J. Dumas
casimirjerome@hotmail.com


Harold L. Moskowitz
55 West Monroe Street
Suite 1100
Chicago, IL 60603
*Counsel to Sabre Group, L.L.C.*


_s/Matt Wawrzyn_-----------------

3