### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| BETTY J. DUMAS, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| ) | 08-CV-2424 |
| ) | |
| v. ) | Honorable Robert M. Dow |
| ) | |
| ) | |
| SABRE GROUP, L.L.C., ) | |
| ) | |
| ) | |
| Appellee. ) | |
| ) | |
| ) | |
| IN RE: ) | |
| ) | |
| BETTY J. DUMAS, ) | 07 B 11984 |
| ) | 07 A 00385 |
| ) | 07 A 00620 |
| ) | |
| Debtor. ) | Judge Jack B. Schmetterer |
| ) | Chapter 7 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, June 3, 2008 at 9:15 a.m., counsel for Dumas shall appear before the Honorable Robert M. Dow, or another Judge sitting in his stead, in the United States Courthouse for the Northern District of Illinois, Easter Division, and present *MOTION TO WITHDRAW AS COUNSEL.*

Dated:  May 27, 2008

                                            Respectfully submitted,

                                            _s/Matthew M. Wawrzyn_____

                                            David A. Agay
                                            Matthew M. Wawrzyn
                                            KIRKLAND & ELLIS LLP
                                            200 East Randolph Drive
                                            Chicago, IL  60601