## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2424 | **DATE** | 5/28/2008 |
| **CASE TITLE** | In Re: IN RE: BETTY J. DUMAS | | |

**DOCKET ENTRY TEXT**

Motion of Matthew M. Wawrzyn, of Kirkland & Ellis, LLP, to withdraw [10] as attorney for Appellant Betty J. Dumas is granted. Motion by Debtor in Possession for extension of time [8] is granted.

■[ For further details see text below.]     Docketing to mail notices.

### STATEMENT

The Court has before it two related motions in this bankruptcy appeal brought by appellant/debtor in possession Betty Dumas.

First, counsel for Ms. Dumas has filed a motion to withdraw as attorney [10]. In that motion, counsel states that he (and presumably his law firm) have been discharged by Ms. Dumas. In view of Illinois Rule of Professional Conduct 1.16(a)(4) and the representations of counsel, the motion to withdraw [10] is granted. Given the withdrawal of counsel of record, the Court cautions Ms. Dumas that, in order to ensure that she receives timely notice of future docket entries in this case, she must either retain new counsel, who must promptly enter an appearance in the case, or she must file a pro se appearance.

Second, Ms. Dumas has filed a motion that appears to seek additional time in which to file an amended opening brief on appeal [8]. The Court surmises from the body of the motion and the e-mails attached to it that counsel and client disagreed as to the merits of advancing an argument in the opening appeal brief that was filed on 5/14/08 [6]. The motion and attachments also indicate that, late in the afternoon on the day that the brief was filed (and quite possibly after the brief had been electronically filed), Ms. Dumas sent an e-mail to counsel directing him not to file the opening brief and instead to request an extension of time to permit further review and the inclusion of the additional argument. In these circumstances, the Court will strike the brief that was filed on 5/14/08 [6], grant the motion for leave to file an amended brief [8], and amend the prior briefing schedule [4] as follows: Appellant is given to and including 6/30/08 in which to file her amended opening brief and, if necessary, an amended designation of record and issues on appeal; Appellee's response is due by 7/30/08; Appellant's reply is due by 8/13/08. Ruling on appeal will be by mail and notice of motion dates of 5/28/08 and 6/3/08 are stricken.