

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| BETTY J DUMAS, | ) |
| | ) |
| Appellant, | ) |
| | ) 08 CV 2424 |
| | ) |
| V. | ) Honorable Robert M. Dow |
| SABRE GROUP, LLC., | ) |
| | ) |
| Appellee. | ) |
| | ) |
| In Re: Betty J Dumas | ) 07B11984 |
| Debtor. | ) Adversary No. 00385 |
| | ) Adversary No. 00620 |
| | ) Judge Jack B. Schmetterer |

**FILED JUN 30 2008** — Judge Robert M. Dow, Jr. United States District Court

**2008 JUN 30 PM 5:21 U.S. DISTRICT COURT**

### MOTION TO WAIVE THE COST OF TRANSCRIPTION AND EXTEND TIME TO FILE SUPPLEMENTAL BRIEF TO JULY 31, 2008

Plaintiff Betty J. Dumas hereby move this court to waive the cost of transcription and extended time to file supplemental brief to July 31, 2008 and further states as follows:

1. Plaintiff assert exception circumstances of an house fire that destroy their pleadings, computers, files, business supply, money, books, furnishing, legal research, bathroom, walls, ceilings. Light fixtures, stairs, evidence, et. al,, and could not response to court deadlines because of housing repair issues.

2. On December 21, 2007 the attorneys before the court argued their response to the adversary "Sabre Groups" motion to remand to State Court and lift of stay that should not been allowed.

3. The Sabre Groups motions, rested on the merits, that "Dumas" 1st Bankruptcy petition was dismissed, but in fact, the adversary proceeding before the court were not

dismissed, as they waived their right to timely present that argument and were in contempt of that court for failure to appear.

4. Plaintiff has been working to cover the cost of the transcription to make this part of the record as bases of their appeal and supplemental brief, as to the two (2) 60 days argument of the Sabre Group, as the adversary proceeding were never dismissed and their 60 day argument were moot and untimely.

5. Plaintiffs has been unable to rise the funds to purchase the transcription to amend with required supplemental brief, because of the fire in plaintiff home and office on July 25, 2007, that caused over $100.000.00 in damages, and the City of Chicago has placed pressure on plaintiff, to complete repair the property (1) one week after fire.

6. Plaintiff due to inadvertence, mistake, casualty excusable neglect and misfortune could not file their response because their home of fire cannot afford the cost of transcription and ask this court to waive the cost and allow an extend time to file supplement for 30 days to and include July 31, 2008.

WHEREEFORE WE ASK THE COURT TO WAIVE THE COST OF THE TRANSCRIPTION NEEDED TO COMPLETE THE RECORD OF In Re Dumas AND EXTEND THE TIME IN WHICH TO FILE THEIR SUPPLEMENT BRIEF AND AMENDED RECORD TO AND INCLUDE JULY 31, 2008.

Respectfully submitted

*Betty J. Dumas*

BETTY J. DUMAS, Plaintiff-Debtor

BETTY J DUMAS
3620 S. CALUMET AVE
CHICAGO, ILLINOIS 60653-1104