IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

BETTY J DUMAS,                          )
                                        )
        Appellant                       )
                                        ) 08 CV 2424
                                        )
V.                                      ) Honorable Robert M. Dow
SABRE GROUP, LLC.,                      )
                                        )
        Appellee.                       )
                                        )
In Re: Betty J Dumas                    ) 07B11984
        Debtor.                         ) Adversary No. 00385
                                        ) Adversary No. 00620
                                        ) Judge Jack B. Schmetterer

**NOTIC OF MOTION**

Harold L. Moskowitz
55 West Monroe Street., Suite 1100
Chicago, Illinois 60603

PLEASE TAKE NOTICE that on Thursday, July 10, 2008 at 9:15 am, Plaintiff Betty J. Dumas shall appear before The Honorable Robert M. Dow, in file with the United States District Court For The Northern District of Illinois 219 S. Dearborn St., Chicago Il., and present her **MOTION TO WAIVE THE COST OF TRANSCRIPTION AND EXTEND TIME TO FILE SUPPLEMENTAL BRIEF TO JULY 31, 2008** a copy of which is hereby served upon you

Respectfully        /s/ Betty J. Dumas
                    BETTY J. DUMAS, Plaintiff-Debtor

**Certificate of Service**
I Betty J Dumas under penalty of perjury declare under the laws of the United States of America pursuant to 28 U.S.C. section 1746 that I have served the above stated party by delivering a true and correct copy to their aforesaid office before 5pm
**This 30th Day of JUNE 2008**
            Respectfully  /s/ Betty J. Dumas
                          BETTY J. DUMAS, Plaintiff-Debtor

BETTY J. DUMAS
3620 S. CALUMET AVE
CHICAGO, IL. 60653-1104