Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2424 | **DATE** | 7/10/2008 |
| **CASE TITLE** | Dumas vs. Sabre Group, LLC | | |

**DOCKET ENTRY TEXT**

Motion of Betty J. Dumas to waive the cost of transcription is Denied without prejudice and motion to extend time to file supplemental brief to 7/31/08 is Granted.

Docketing to mail notices.

00:15

U.S. DISTRICT COURT

2008 JUL 10 PM 4:32

FILED

| | Courtroom Deputy Initials: | TBK |
|---|---|---|