UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

|                     |                                                      |
|---------------------|------------------------------------------------------|
| Plaintiff,          |                                                      |
| v.                  | Case No.: 1:08–cv–02424<br>Honorable Robert M. Dow Jr. |
| Defendant.          |                                                      |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

MINUTE entry before the Honorable Robert M. Dow, Jr: On 7/10/08, this Court entered a minute order [15] extending the time for Appellant to file a supplemental brief to and including 7/31/08 and denying without prejudice Appellant's motion to waive the cost of transcription. Appellant, who is pro se, has neither filed her supplemental brief nor requested a further extension of time. Given Appellant's pro se status, the Court will look more leniently on her failure to adhere to deadlines or request extensions in a timely manner. However, the Court directs Appellant to inform the Court, in writing, on or before 9/19/08 whether she still desires to file a supplemental brief. If Appellant states that she does wish to file a supplemental brief, that brief will be due on or before 10/10/08; Appellant's response to both the supplemental brief and the Appellant's brief filed on 5/14/08 [6] will be due on 11/10/08, and Appellee's reply, if any, will be due on 11/24/08. If Appellant indicates that she does not wish to file a supplemental brief, Appellee's response to the Appellant's brief filed on 5/14/08 [6] will be due on 10/20/08 and Appellant's reply, if any, will be due on 11/3/08. Further extensions of time for any supplemental brief by Appellant will be granted only in extreme circumstances. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.